# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AYALA, et al., | CASE NO. 1:11-cv-00415 - BAM |
| Plaintiff, | **SCHEDULING CONFERENCE ORDER** |
| | Administrative Record: January 20, 2012 |
| v. | Plaintiffs' Motion For Summary Judgment: April 6, 2012 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, | Defendant's Opposition And Cross-Motion: May 4, 2012 |
| Defendants. | Plaintiffs' Reply And Opposition: June 1, 2012 |
| | Defendant's Reply: June 15, 2012 |
| | Hearing July 9, 2012 9:00 a.m. Ctrm.: 8 |

This Court conducted a scheduling conference on November 21, 2011. Counsel David Fike appeared in person on behalf of Plaintiffs Juan Ayala, Javier Ayala and Alfredo Ayala ("Plaintiffs"). Benjamin Hall appeared in person on behalf of Defendant United States Department of Agriculture, Farm Service Agency ("Defendant"). Pursuant to Fed. R. Civ. P. 16(b), the Court sets a schedule for this action.

**1.     Consent To Magistrate Judge**

Pursuant to 28 U.S.C. § 636(c), the parties have consented to conduct all further proceedings in this case, before the Honorable Barbara A. McAuliffe, United States Magistrate Judge.

1

**2.     Discovery Plan**

Discovery is not necessary in this case. This is an action for judicial review of a final agency action pursuant to the Administrative Procedures Act, 5 U.S.C. § 701 et seq. The Court reviews an agency action challenged under the APA based upon the administrative record. *Florida Power & Light Co. v. Lorion,* 471 U.S. 729, 743-744 (1985)**.**

**3.     Lodging of Administrative Record**

Defendant will lodge the bates-stamped administrative record with the Court in electronic form via CM: ECF, and will additionally provide the Court and Plaintiffs a courtesy copy by **January 20, 2012.**

**4.     Motions for Summary Judgment**

APA cases are ordinarily resolved on summary judgment.  As such, the parties shall adhere to the following briefing schedule:

    **a.**     Plaintiffs shall file their Motion for Summary Judgment on or before **April 6, 2012;**

    **b.**     Defendants shall file their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment on or before **May 4, 2012;**

    **c.**     Plaintiffs shall file their Reply to Defendant's Opposition on or before **June 1, 2012;**

    **d.**     Defendant shall file its Reply to Plaintiffs' Opposition on or before **June 15, 2012;**

    **c.**     A hearing on both parties' Motions for Summary Judgment will be heard on **July 9, 2012 at 9:00 a.m., in Department 8 of this Court.**

**5.     Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the

relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated:  **November 21, 2011**              /s/ **Barbara A. McAuliffe**
                                   **UNITED STATES MAGISTRATE JUDGE**