```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendant
    United States Department of Agriculture
 7
    David A. Fike (SBN 95325)
 8  FIKE & WATSON
    401 Clovis Ave., Suite 208
 9  Clovis, CA 93612
    Telephone: (559) 229-2200
10  Facsimile: (559) 225-5504

11  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AYALA, JAVIER AVALA, and ALFREDO AYALA,                                    ) ) ) | 1:11-cv-00415-BAM |
| ) | **STIPULATION AND ORDER TO MODIFY CASE SCHEDULE** |
| Plaintiffs,                            ) ) | |
| vs.                                          ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY,   ) ) ) ) | |
| Defendant.                        ) ) | |

The parties to this action, through their attorneys of record, hereby stipulate and request that the Court order that the date for lodging of the administrative record (paragraph 3 of the Scheduling Conference Order, Doc. 17), be continued by two weeks, to February 3, 2012.

///

```
                                    Respectfully submitted,

Dated: January 18, 2012.            BENJAMIN B. WAGNER
                                    United States Attorney


                              By:   /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant


Dated: January 18, 2012.            FIKE & WATSON

                                    [Authorized 1/18/12]

                              By:   /s/ David A. Fike
                                    DAVID A. FIKE
                                    Attorneys for Plaintiffs
```

  IT IS SO ORDERED.

  **Dated:   January 19, 2012**              **/s/ Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE