```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendant
    United States Department of Agriculture
 7
    David A. Fike (SBN 95325)
 8  FIKE & WATSON
    401 Clovis Ave., Suite 208
 9  Clovis, CA 93612
    Telephone: (559) 229-2200
10  Facsimile: (559) 225-5504

11  Attorneys for Plaintiffs
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN AYALA, JAVIER AVALA, and ALFREDO AYALA, | 1:11-cv-00415-BAM |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY CASE SCHEDULE** |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, | |
| Defendant. | |

The parties to this action, through their attorneys of record, hereby stipulate and request that the Court order that the date for lodging of the administrative record (paragraph 3 of the Scheduling Conference Order, Doc. 17), be continued by two weeks, to February 3, 2012.

///

```
                                        Respectfully submitted,

Dated: January 18, 2012.                BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant


Dated: January 18, 2012.                FIKE & WATSON

                                        [Authorized 1/18/12]

                                   By:  /s/ David A. Fike
                                        DAVID A. FIKE
                                        Attorneys for Plaintiffs
```

**IT IS SO ORDERED.**

**Dated:   January 19, 2012**                    **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE